# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIMONSON, LYNN | § | Case No. 10-24446 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/28/2010. The undersigned trustee was appointed on 04/16/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     13,403.20

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4,506.51 |
| Bank service fees | 459.76 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,025.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 7,411.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 11/08/2010 and the deadline for filing governmental claims was 11/08/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,987.82 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,987.82 , for a total compensation of $ 1,987.82 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.87 , for total expenses of $ 32.87 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/06/2016    By:/s/GINA B. KROL
           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: | 10-24446   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | SIMONSON, LYNN | Date Filed (f) or Converted (c):   05/28/10 (f) |
| | | 341(a) Meeting Date:   08/03/10 |
| For Period Ending: | 06/01/16   (13th reporting period for this case) | Claims Bar Date:   11/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNTS | 150.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 4. 403B | 2,150.56 | 0.00 | | 0.00 | FA |
| 5. BONDS (u) | 12,000.00 | 13,403.20 | | 13,403.20 | FA |
| Amended Schedule B and C filed 8/25/2010 | | | | | |
| 6. IRS TAX RETURN 2009 | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2002 TOYOTA SIENNA | 4,225.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $19,825.56    $13,403.20    $13,403.20    Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for reivew May 09, 2016, 10:40 am

Successor Trustee will prepare TFR
October 21, 2014, 03:13 pm

Order entered authorizing sale of Bonds.
Orders to be certified in process to liquidate.
Deposit of money from sale of Bonds deposited on November 4, 2013.  Review of claims in process for final.
Hearing on Application to Employ Accountant scheduled for 1/31/14
Order authorizing trustee to retain accountant entered on 1/31/14- all documents for tax preparation sent to Al H.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-24446    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | SIMONSON, LYNN | Date Filed (f) or Converted (c):    05/28/10 (f) |
| | | 341(a) Meeting Date:    08/03/10 |
| | | Claims Bar Date:    11/08/10 |

After review of Form 1, Form 2 and all other relevant docs by Accountant set to be employed on the case (Alan Lasko)- advised that income is below the minimum filing requirement for the estate and therefore and estate return is not needed.  Final return preparations to begin.

Check #3002 for $1025 to Debtor still outstanding

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 01/31/16

/s/    GINA B. KROL
_____    Date: 06/01/16
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | SIMONSON, LYNN | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******4601 Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/13 | 5 | Federal Reserve Bank of Philadelphia<br>P.O. Box 20<br>Philadelphia, PA  191050020 | Sale of Bonds | 1229-000 | 13,403.20 | | 13,403.20 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 18.14 | 13,385.06 |
| * 12/02/13 | 003001 | Nisha B Parikh<br>233 S. Wacker Dr.<br>Suite 5150<br>Chicago, IL  60606 | Exemption on sale of bonds<br>8100-002      $-1,025.00 | 8100-002 | | 1,025.00 | 12,360.06 |
| * 12/02/13 | 003001 | Nisha B Parikh<br>233 S. Wacker Dr.<br>Suite 5150<br>Chicago, IL  60606 | Void of Check 3001- check issued<br>to Debtor's attorney in error.  Reissued to debtor in<br>check 3002 | 8100-003 | | -1,025.00 | 13,385.06 |
| * 12/02/13 | 003002 | Lynn Simonson<br>6693 DOUBLE EAGLE DRIVE, #101<br>Woodridge, IL  60517 | Exemption on sale of bonds<br>8100-002      $-1,025.00 | 8100-003 | | 1,025.00 | 12,360.06 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.90 | 12,339.16 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 22.95 | 12,316.21 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 19.44 | 12,296.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******4601 Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.11 | 12,276.66 |
| 04/02/14 | 003003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>            2300-000            $-10.19 | 2300-000 | | 10.19 | 12,266.47 |
| * 04/28/14 | 003002 | Lynn Simonson<br>6693 DOUBLE EAGLE DRIVE, #101<br>Woodridge, IL  60517 | Exemption on sale of bonds<br>Check never cleared. Trustee to attempt to locate payee and reissue | 8100-003 | | -1,025.00 | 13,291.47 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.91 | 13,275.56 |
| 05/06/14 | | Transfer to Acct #*******0923 | Bank Funds Transfer | 9999-000 | | 13,275.56 | 0.00 |

| | Account *******4601 | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Deposits | | 13,403.20 | 5 | Checks | | 10.19 |
| 0 | Interest Postings | | 0.00 | 6 | Adjustments Out | | 117.45 |
| | | | | 1 | Transfers Out | | 13,275.56 |
| | Subtotal | $ | 13,403.20 | | | | |
| 0 | Adjustments In | | 0.00 | | Total | $ | 13,403.20 |
| 0 | Transfers In | | 0.00 | | | | |
| | Total | $ | 13,403.20 | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0923 Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******4601 | Bank Funds Transfer | 9999-000 | 13,275.56 | | 13,275.56 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,265.56 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,245.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.06 | 13,226.78 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.67 | 13,207.11 |
| 09/03/14 | 030001 | Horewitch, Pidgeon & Abrams LLC | Accountant Fees Per Court Order | 3410-000 | | 2,000.00 | 11,207.11 |
| | | 2150 E. Lake Cook Road | | | | | |
| | | Suite 560 | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.64 | 11,187.47 |
| 09/22/14 | 030002 | InnovaLaw, PC | Attorney's Fees per Court Order | 3210-000 | | 2,385.00 | 8,802.47 |
| | | 1900 Ravinia Palce | | | | | |
| | | Orland Park, IL 60462 | | | | | |
| 09/22/14 | 030003 | InnovaLaw, PC | Attorney's Expenses per Court Order | 3220-000 | | 101.61 | 8,700.86 |
| | | 1900 Ravinia Palce | | | | | |
| | | Orland Park, IL 60462 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.75 | 8,684.11 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.91 | 8,671.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.48 | 8,658.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,645.85 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.85 | 8,633.00 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | | 2300-000 | | 4.93 | 8,628.07 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.59 | 8,616.48 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,603.67 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,591.29 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,578.52 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.34 | 8,566.18 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-24446 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SIMONSON, LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0923  Checking Account |
| Taxpayer ID No: | *******4224 | | |
| For Period Ending: | 06/01/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 8,553.44 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,540.72 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,528.43 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.68 | 8,515.75 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.25 | 8,503.50 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.64 | 8,490.86 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.62 | 8,478.24 |
| 02/18/16 | 030005 | ADAMS-LEVINE  370 Lexington Avenue  Suite 1101  New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 4.78 | 8,473.46 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.79 | 8,461.67 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 8,449.09 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,436.93 |
| 06/01/16 | 030006 | CLERK OF US BANKRUPTCY COURT  219 S. Dearborn Street  7th Floor  Chicago, IL  60604 | Debtor's Exemption Unclaimed | 8100-001 | | 1,025.00 | 7,411.93 |

| Account *******0923 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 6 | Checks | 5,521.32 |
| | 0 | Interest Postings | 0.00 | 25 | Adjustments Out | 342.31 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 5,863.63 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 13,275.56 | | | |
| | | Total | $ 13,275.56 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 19.06a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-24446 -DRC | |
| Case Name: | SIMONSON, LYNN | |
| Taxpayer ID No: | *******4224 | |
| For Period Ending: | 06/01/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0923  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 13,403.20 | 11 | Checks | 5,531.51 |
| 0 | | Interest Postings | 0.00 | 31 | Adjustments Out | 459.76 |
| | | | | 1 | Transfers Out | 13,275.56 |
| | | Subtotal | $ 13,403.20 | | | |
| | | | | | Total | $ 19,266.83 |
| 0 | | Adjustments In | 0.00 | | | |
| 1 | | Transfers In | 13,275.56 | | | |
| | | Total | $ 26,678.76 | | Net Total Balance | $ 7,411.93 |

   /s/   GINA B. KROL
Trustee's Signature: _____   Date: 06/01/16
                         GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 01, 2016 |
|---|---|---|---|---|---|---|

Case Number: 10-24446  
Debtor Name: SIMONSON, LYNN  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | | $0.00 | $1,010.02 | $1,010.02 |
| 200<br>2100-00 | GINA B. KROL, Sucessor Trustee | Administrative | | $0.00 | $1,010.67 | $1,010.67 |
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $0.00 | $101.61 | $101.61 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $0.00 | $0.00 | $2,385.00 |
| 1<br>610<br>7100-00 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $2,180.94 | $2,180.94 |
| 2<br>610<br>7100-00 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | Unsecured | | $0.00 | $381.31 | $381.31 |
| 3<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 282721083 | Unsecured | | $0.00 | $3,809.46 | $3,809.46 |
| 4<br>610<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 331311605 | Unsecured | | $0.00 | $236.51 | $236.51 |
| 5<br>610<br>7100-00 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | Unsecured | | $0.00 | $816.85 | $816.85 |
| 6<br>610<br>7100-00 | American Infosource Lp As Agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK 731248838 | Unsecured | | $0.00 | $3,442.99 | $3,442.99 |
| 7<br>610<br>7100-00 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured | | $0.00 | $17,409.77 | $17,409.77 |
| 8<br>610<br>7100-00 | Midland Credit Management, Inc. as<br>agent<br>for Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $3,595.54 | $3,595.54 |

Page 2 | EXHIBIT C
ANALYSIS OF CLAIMS REGISTER | Date: June 01, 2016

Case Number: 10-24446
Debtor Name: SIMONSON, LYNN
Priority Sequence
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>610<br>7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $0.00 | $1,138.09 | $1,138.09 |
| 999<br>8100-00 | Lynn Simonson | Unsecured | | $0.00 | $1,025.00 | $1,025.00 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $4.93 | $4.93 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $4.78 | $4.78 |
| | Case Totals: | | | $0.00 | $36,168.47 | $38,553.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-24446
Case Name: SIMONSON, LYNN
Trustee Name: GINA B. KROL

| | Balance on hand | $ | 7,411.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,987.82 | $ 0.00 | $ 1,987.82 |
| Trustee Expenses: GINA B. KROL | $ 32.87 | $ 0.00 | $ 32.87 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 2,385.00 | $ 2,385.00 | $ 0.00 |
| Other: Adams Levine Surety Bond Agency | $ 4.93 | $ 4.93 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 4.78 | $ 4.78 | $ 0.00 |
| Other: InnovaLaw, PC | $ 101.61 | $ 101.61 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     2,020.69
Remaining Balance     $     5,391.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,011.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | $ 2,180.94 | $ 0.00 | $ 356.18 |
| 2 | Nicor Gas<br>PO Box 549<br>Aurora, IL  60507 | $ 381.31 | $ 0.00 | $ 62.27 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  282721083 | $ 3,809.46 | $ 0.00 | $ 622.14 |
| 4 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | $ 236.51 | $ 0.00 | $ 38.63 |
| 5 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA  95696 | $ 816.85 | $ 0.00 | $ 133.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | American Infosource Lp As Agent for Merrick Bank PO Box 248838 Oklahoma City, OK 731248838 | $ 3,442.99 | $ 0.00 | $ 562.29 |
| 7 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | $ 17,409.77 | $ 0.00 | $ 2,843.26 |
| 8 | Midland Credit Management, Inc. as agent for Midland Funding, LLC P.O. Box 2011 Warren, MI 48090 | $ 3,595.54 | $ 0.00 | $ 587.20 |
| 9 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,138.09 | $ 0.00 | $ 185.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,391.24 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE