IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Lynn Simonson** | ) | No. 10 B 24446 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 7, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Gina B. Krol
                                                                              Ch 7 Bankruptcy Trustee

Service List:

Pharia LLC
c/o Weinstein & Riley, PS
2001 Western Avenue
Ste 400
Seattle, WA   98121

Nicor Gas
P.O. Box 549
Aurora, IL   60507

Capital One Bank USA, NA
By American InfoSource LP as Agent
P.O. Box 71083
Charlotte, NC   28272-1083

Midland Credit Mgmt Inc. as agent for
Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

Premier Bank Card/Cahrter
P.O. Box 2208
Vacaville, CA 95696

American InfoSource LP as Agent for
Merrick Bank
P.O. Box 248838
Oklahoma City, OK   73124-8838

US Dept of Education
Attn:   Borrowers Service Dept
P.O. Box 5609
Greenville, TX   75403

PYDO LLC its successors and assigns
as assignee of Citibank NA
c/o Resurgent Capital Svcs
P.O. Box 19008
Greenville, SC   29602

Lynn Simonson
6693 Double Eagle Drive, #101
Woodridge, IL   60517

Nisha Parikh
bankruptcy@fal-illinois.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov