UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § <br> § <br> SIMONSON, LYNN § <br> § <br> Debtor § <br> § | Case No. 10-24446 DRC |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                      Assets Exempt: 8,850.56
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,391.24       Claims Discharged
                                                  Without Payment:  279,874.22

Total Expenses of Administration: 6,986.96

---

3) Total gross receipts of $ 13,403.20  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,025.00  (see **Exhibit 2**), yielded net receipts of $ 12,378.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,601.96 | 6,986.96 | 6,986.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 284,202.00 | 33,011.46 | 33,011.46 | 5,391.24 |
| **TOTAL DISBURSEMENTS** | $ 284,202.00 | $ 37,613.42 | $ 39,998.42 | $ 12,378.20 |

   4)  This case was originally filed under chapter 7 on  05/28/2010 .  The case was pending for 76 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  08/10/2016            By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BONDS | 1229-000 | 13,403.20 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,403.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | Exemptions | 8100-001 | 1,025.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,025.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 987.82 | 987.82 | 987.82 |
| GINA B. KROL | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| DAVID E. GROCHOCINSKI | 2200-000 | NA | 22.20 | 22.20 | 22.20 |
| GINA B. KROL | 2200-000 | NA | 10.67 | 10.67 | 10.67 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 4.93 | 4.93 | 4.93 |
| ADAMS-LEVINE | 2300-000 | NA | 4.78 | 4.78 | 4.78 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 10.19 | 10.19 | 10.19 |
| ASSOCIATED BANK | 2600-000 | NA | 342.31 | 342.31 | 342.31 |
| Green Bank | 2600-000 | NA | 117.45 | 117.45 | 117.45 |
| INNOVALAW, PC | 3210-000 | NA | 0.00 | 2,385.00 | 2,385.00 |
| INNOVALAW, PC | 3220-000 | NA | 101.61 | 101.61 | 101.61 |
| HOREWITCH, PIDGEON & ABRAMS LLC | 3410-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,601.96 | $ 6,986.96 | $ 6,986.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlantic Crd P O Box 13386 Roanoke, VA 24033 | | 10,103.00 | NA | NA | 0.00 |
| | Blitt and Gaines, P.C. 318 W. Adams Street Suite 1600 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | CCCS Payments Proc # 27 Boston, MA 02205 | | 300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.a. 2730 Liberty Ave Pittsburgh, PA 15222 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ccs/first National Ban 500 East 60th St N Sioux Falls, SD 57104 | | 474.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | 0.00 | NA | NA | 0.00 |
| | Fawell & Fawell 2100 Manchester Rd # 503 Wheaton, IL 60187 | | 2,330.00 | NA | NA | 0.00 |
| | Fawell & Fawell 2100 Manchester Rd #: 503 Wheaton, IL 60187 | | 2,206.00 | NA | NA | 0.00 |
| | Fremont Investment & Loan 2727 E. Imperial Hwy Brea, CA 92821 | | 0.00 | NA | NA | 0.00 |
| | GEMB / Mervyns Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Homeq Attn: Bankruptcy Department 1100 Corporate Center Raleigh, NC 27607 | | 233,232.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | 2,601.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Iran Nevel 175 North Fraklin Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Kca Finl 628 North St Geneva, IL 60134 | | 0.00 | NA | NA | 0.00 |
| | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 | | 1,008.00 | NA | NA | 0.00 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 3,442.00 | 3,442.99 | 3,442.99 | 562.29 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,514.00 | 3,809.46 | 3,809.46 | 622.14 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | 161.00 | 236.51 | 236.51 | 38.63 |
| 8 | MIDLAND FUNDING LLC | 7100-000 | 3,500.00 | 3,595.54 | 3,595.54 | 587.20 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | NICOR GAS | 7100-000 | 255.00 | 381.31 | 381.31 | 62.27 |
| 1 | PHARIA L.L.C. | 7100-000 | 2,180.00 | 2,180.94 | 2,180.94 | 356.18 |
| 5 | PREMIER BANKCARD/CHARTER | 7100-000 | 816.00 | 816.85 | 816.85 | 133.40 |
| 9 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 847.00 | 1,138.09 | 1,138.09 | 185.87 |
| 7 | US DEPT OF EDUCATION | 7100-000 | 17,233.00 | 17,409.77 | 17,409.77 | 2,843.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 284,202.00 | $ 33,011.46 | $ 33,011.46 | $ 5,391.24 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-24446 DRC Judge: Donald R. Cassling | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | | Date Filed (f) or Converted (c): | 05/28/10 (f) |
| | | | | 341(a) Meeting Date: | 08/03/10 |
| For Period Ending: | 08/10/16 | | | Claims Bar Date: | 11/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNTS | 150.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 4. 403B | 2,150.56 | 0.00 | | 0.00 | FA |
| 5. BONDS (u) Amended Schedule B and C filed 8/25/2010 | 12,000.00 | 13,403.20 | | 13,403.20 | FA |
| 6. IRS TAX RETURN 2009 | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2002 TOYOTA SIENNA | 4,225.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $19,825.56 | $13,403.20 | | $13,403.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for reivew May 09, 2016, 10:40 am

Successor Trustee will prepare TFR
October 21, 2014, 03:13 pm

Order entered authorizing sale of Bonds.
Orders to be certified in process to liquidate.
Deposit of money from sale of Bonds deposited on November 4, 2013. Review of claims in process for final.
Hearing on Application to Employ Accountant scheduled for 1/31/14
Order authorizing trustee to retain accountant entered on 1/31/14- all documents for tax preparation sent to Al H.

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-24446 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | SIMONSON, LYNN | Date Filed (f) or Converted (c): 05/28/10 (f) |
| | | 341(a) Meeting Date: 08/03/10 |
| | | Claims Bar Date: 11/08/10 |

After review of Form 1, Form 2 and all other relevant docs by Accountant set to be employed on the case (Alan Lasko)- advised that income is below the minimum filing requirement for the estate and therefore and estate return is not needed. Final return preparations to begin.

Check #3002 for $1025 to Debtor still outstanding

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR): 01/31/16

/s/    GINA B. KROL
_____    Date: 08/10/16
     GINA B. KROL

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.06a

FORM 2 Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-24446 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SIMONSON, LYNN | Bank Name: | Green Bank |
|  |  | Account Number / CD #: | *******4601 Checking Account |
| Taxpayer ID No: | *******4224 |  |  |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/04/13 | 5 | Federal Reserve Bank of Philadelphia<br>P.O. Box 20<br>Philadelphia, PA 191050020 | Sale of Bonds | 1229-000 | 13,403.20 |  | 13,403.20 |
| 11/29/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 18.14 | 13,385.06 |
| * 12/02/13 | 003001 | Nisha B Parikh<br>233 S. Wacker Dr.<br>Suite 5150<br>Chicago, IL 60606 | Exemption on sale of bonds<br>8100-002    $-1,025.00 | 8100-002 |  | 1,025.00 | 12,360.06 |
| * 12/02/13 | 003001 | Nisha B Parikh<br>233 S. Wacker Dr.<br>Suite 5150<br>Chicago, IL 60606 | Void of Check 3001- check issued<br>to Debtor's attorney in error.  Reissued to debtor in<br>check 3002 | 8100-003 |  | -1,025.00 | 13,385.06 |
| * 12/02/13 | 003002 | Lynn Simonson<br>6693 DOUBLE EAGLE DRIVE, #101<br>Woodridge, IL 60517 | Exemption on sale of bonds<br>8100-002    $-1,025.00 | 8100-003 |  | 1,025.00 | 12,360.06 |
| 12/31/13 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 20.90 | 12,339.16 |
| 01/31/14 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 22.95 | 12,316.21 |
| 02/28/14 |  | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 19.44 | 12,296.77 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 12)                                                        Ver: 19.06a

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******4601  Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.11 | 12,276.66 |
| 04/02/14 | 003003 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>          2300-000          $-10.19 | 2300-000 | | 10.19 | 12,266.47 |
| * 04/28/14 | 003002 | Lynn Simonson<br>6693 DOUBLE EAGLE DRIVE, #101<br>Woodridge, IL  60517 | Exemption on sale of bonds<br>Check never cleared. Trustee to attempt to locate<br>payee and reissue | 8100-003 | | -1,025.00 | 13,291.47 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 15.91 | 13,275.56 |
| 05/06/14 | | Transfer to Acct #*******0923 | Bank Funds Transfer | 9999-000 | | 13,275.56 | 0.00 |

| Account *******4601 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | Deposits | 13,403.20 | | 5 | Checks | 10.19 |
| | 0 | Interest Postings | 0.00 | | 6 | Adjustments Out | 117.45 |
| | | | | | 1 | Transfers Out | 13,275.56 |
| | | Subtotal | $   13,403.20 | | | | |
| | | | | | | Total | $   13,403.20 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $   13,403.20 | | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SIMONSON, LYNN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0923  Checking Account |
| Taxpayer ID No: | *******4224 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******4601 | Bank Funds Transfer | 9999-000 | 13,275.56 | | 13,275.56 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,265.56 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.72 | 13,245.84 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.06 | 13,226.78 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.67 | 13,207.11 |
| 09/03/14 | 030001 | Horewitch, Pidgeon & Abrams LLC<br>2150 E. Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL  60089 | Accountant Fees Per Court Order | 3410-000 | | 2,000.00 | 11,207.11 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.64 | 11,187.47 |
| 09/22/14 | 030002 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Attorney's Fees per Court Order | 3210-000 | | 2,385.00 | 8,802.47 |
| 09/22/14 | 030003 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Attorney's Expenses per Court Order | 3220-000 | | 101.61 | 8,700.86 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.75 | 8,684.11 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.91 | 8,671.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.48 | 8,658.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,645.85 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.85 | 8,633.00 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 4.93 | 8,628.07 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.59 | 8,616.48 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.81 | 8,603.67 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,591.29 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.77 | 8,578.52 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.34 | 8,566.18 |

FORM 2            Page: 4    Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0923  Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 8,553.44 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 8,540.72 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,528.43 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.68 | 8,515.75 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.25 | 8,503.50 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.64 | 8,490.86 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.62 | 8,478.24 |
| 02/18/16 | 030005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 4.78 | 8,473.46 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.79 | 8,461.67 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 8,449.09 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,436.93 |
| 06/01/16 | 030006 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Debtor's Exemption Unclaimed | 8100-001 | | 1,025.00 | 7,411.93 |
| 07/08/16 | 030007 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final Distribution | | | 1,010.02 | 6,401.91 |
| | | | Fees     987.82 | 2100-000 | | | |
| | | | Expenses     22.20 | 2200-000 | | | |
| 07/08/16 | 030008 | GINA B. KROL, Sucessor Trustee | Final Distribution | | | 1,010.67 | 5,391.24 |
| | | | Fees    1,000.00 | 2100-000 | | | |
| | | | Expenses     10.67 | 2200-000 | | | |
| 07/08/16 | 030009 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA  98121 | Final Distribution | 7100-000 | | 356.18 | 5,035.06 |
| 07/08/16 | 030010 | Nicor Gas | Final Distribution | 7100-000 | | 62.27 | 4,972.79 |

LFORM2T4    **UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*      Ver: 19.06a

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0923 Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/16 | 030011 | PO Box 549<br>Aurora, IL 60507<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 282721083 | Final Distribution | 7100-000 | | 622.14 | 4,350.65 |
| 07/08/16 | 030012 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 331311605 | Final Distribution | 7100-000 | | 38.63 | 4,312.02 |
| 07/08/16 | 030013 | Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | Final Distribution | 7100-000 | | 133.40 | 4,178.62 |
| 07/08/16 | 030014 | American Infosource Lp As Agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK 731248838 | Final Distribution | 7100-000 | | 562.29 | 3,616.33 |
| 07/08/16 | 030015 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Final Distribution | 7100-000 | | 2,843.26 | 773.07 |
| 07/08/16 | 030016 | Midland Credit Management, Inc. as agent<br>for Midland Funding, LLC<br>P.O. Box 2011<br>Warren, MI 48090 | Final Distribution | 7100-000 | | 587.20 | 185.87 |
| 07/08/16 | 030017 | PYOD LLC its successors and assigns as<br>assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-000 | | 185.87 | 0.00 |

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-24446 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIMONSON, LYNN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0923 Checking Account |
| Taxpayer ID No: | *******4224 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0923
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 17 Checks | 12,933.25 |
| 0 Interest Postings | 0.00 | 25 Adjustments Out | 342.31 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 0.00 | | |
| | | Total | $ 13,275.56 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 13,275.56 | | |
| Total | $ 13,275.56 | | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 Deposits | 13,403.20 | 22 Checks | 12,943.44 |
| 0 Interest Postings | 0.00 | 31 Adjustments Out | 459.76 |
| | | 1 Transfers Out | 13,275.56 |
| Subtotal | $ 13,403.20 | | |
| | | Total | $ 26,678.76 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 13,275.56 | | |
| Total | $ 26,678.76 | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 08/10/16
GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 17)

Ver: 19.06a